UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-1434 PAM/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOUA VANG,<br><br>Defendant. | ) | ORDER OF JUDGMENT |

IT IS HEREBY ORDERED that a judgment in the principal amount of $5,179.00, plus interest to July 24, 2001 in the amount of $1,086.87, together with additional prejudgment interest at the rate of 8.25 percent per annum from July 24, 2001, additional costs and, pursuant to 28 U.S.C. § 2412, costs in the amount of $150.00, plus postjudgment interest at the legal rate from the date of this Judgment until paid in full, shall be immediately entered in favor of the United States of America and against defendant, Koua Vang.

LET JUDGMENT BE ENTERED ACCORDINGLY.

mar 1, 2002

Judge
United States District Court

MAR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 04 2002
DEPUTY CLERK