UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1434 PAM/RlE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KOUA VANG,<br>Defendant. | ) | **ORDER** |

Based upon the motion and declaration of the United States, the order of judgment, dated March 1, 2002, and entered against defendant is hereby vacated.

IT IS SO ORDERED.

Dated: April 1, 2002

United States District Court

APR 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK